UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 18-0154 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| THOMAS J.M. GOODIN (01)<br>MEKO R. WALKER (02)<br>BRITTANY S. GIX (03) | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Thomas Goodin's motion to suppress [Doc. # 51] is **DENIED**.

THUS DONE AND SIGNED this 4th day of June, 2019, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE